**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GREGORY HARLEY, | |
| Plaintiff, | Case No. 20-cv-857 (JMC) |
| v. | |
| VERIZON WASHINGTON, D.C. INC., | |
| Defendant. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that Defendant's motion for summary judgment, ECF 24, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable order.

_____
JIA M. COBB
United States District Judge

Date: September 29, 2025